## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8245-RMM

UNITED STATES OF AMERICA

v.

EDISON GEOVANY ZELADA-CORDOVA,

    Defendant.

_____/

FILED BY_____SP_____D.C.

**Jun 14, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:    RTribuiani@usa.doj.gov

AO 91 (Rev 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  22-8245-RMM |
| EDISON GEOVANY ZELADA-CORDOVA, | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

FILED BY ___ *SP* ___ D.C.

**Jun 14, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 10, 2022 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

TFO Andy Korzen, HSI
_Printed name and title_

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: ___ 6/14/22 ___

_____
_Judge's signature_

City and state: _____ West Palm Beach, FL _____

Ryon M. McCabe, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Edison Geovany ZELADA-CORDOVA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about June 10, 2022, Edison Geovany ZELADA-CORDOVA was arrested in Palm Beach County, Florida for the offense of unlawful sexual activity with a minor (two counts). He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records show that Edison Geovany ZELADA-CORDOVA is a native and citizen of El Salvador. Records further show that on or about July 10, 2014, Edison Geovany ZELADA-CORDOVA was ordered removed. The Order of Removal was executed on or about October 8, 2014, whereby Edison

Geovany ZELADA-CORDOVA was removed from the United States and returned to El Salvador.

5.     Records further show that on or about July 11, 2014, in the United States District Court, Southern District of Texas, Edison Geovany ZELADA-CORDOVA was convicted of the offense of entering the United States illegally, case number 14-po-06764.

6.     Edison Geovany ZELADA-CORDOVA's fingerprints taken in connection with his June 10, 2022 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Edison Geovany ZELADA-CORDOVA.

7.     A records check was performed in the Computer Linked Application Informational Management System to determine if Edison Geovany ZELADA-CORDOVA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Edison Geovany ZELADA-CORDOVA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.     Based on the foregoing, I submit that probable cause exists to believe that, on or about June 10, 2022, Edison Geovany ZELADA-CORDOVA, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of

the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___14___ day of June 2022.

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

3